IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JACKSON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-6597 |
| | : | |
| NORTHAMPTON COUNTY COURTS | : | |

## ORDER

This 28th day of September, 2023, upon consideration of Plaintiff's Petition for a Writ of Habeas Corpus, and the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's objections are **OVERRULED.**

There is no basis for a certificate of appealability, and any issues raised by Mr. Jackson's petition will be considered in 23-cv-00741. The Clerk is requested to close this case for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge